**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

v.                                      Case No: 8:13-cv-172-T-30EAJ

DOE 36,

    Defendant.

---

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Voluntary Notice of Dismissal Without Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of May, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-172 dismiss 7.docx